SO ORDERED.

Dated: September 24, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-17282

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lynn Somerville Strode<br>      Debtor.<br>_____<br>U.S. Bank, National Association<br>      Movant,<br>vs.<br>Lynn Somerville Strode, Debtor; Brian J. Mullen, Trustee.<br>      Respondents | No. 2:09-bk-32470-RTB<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #23) |

      On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest

1 | in the following described real property is abandoned:
2 |     1600 North Saba Street
3 |     #155
    Chandler AZ 85225

    and legally described as:
LOT 110, SUNSTONE II, ACCORDING TO BOOK 263 OF MAPS, PAGE 43, RECORDS OF MARICOPA COUNTY, ARIZONA.